UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALFREDO CARDONA SOTO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:26-cv-00018-JPH-MKK |
| SAM OLSON FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, CHICAGO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER DIRECTING CLERK TO ISSUE AMENDED FINAL JUDGMENT**

The Court granted Petitioner's petition for a writ of habeas corpus on January 15, 2026, and issued final judgment that same day. Dkts. 11, 12. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

1